Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
gallm@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Defendant Comcast Cable Communications Management, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AHDIEH OLANG,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Foreign Limited Liability Company,<br><br>    Defendant. | CASE NO. 2:18-cv-02368-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

This Stipulation is entered into by and between Plaintiff Ahdieh Olang and Defendant Comcast Cable Communications Management, LLC:

WHEREAS, on December 13, 2018, Olang initiated this action by filing the Complaint (ECF No. 1);

WHEREAS, on December 18, 2018, Olang served the Summons and Complaint on Comcast through its registered agent; and

WHEREAS, Comcast's response to the Complaint is currently due on January 8, 2019.

IT IS HEREBY STIPULATED AND AGREED that the deadline for Comcast to respond to the Complaint is extended and shall now be January 28, 2019.

DMWEST #36226876 v1

The Parties enter into this Stipulation in good faith and to provide time for Comcast to investigate the basis for, and discuss a potential early resolution of, Plaintiff's claims against Comcast.

Dated: January 2, 2019

| BALLARD SPAHR LLP | MITCHELL D. GLINER, ESQ. |
|---|---|
| By: /s/ Maria A. Gall<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Kyle A. Ewing, Esq.<br>Nevada Bar No. 14051<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135-2958 | By: /s/ Mitchell D. Gliner<br>Mitchell D. Gliner, Esq.<br>Nevada Bar No. 003419<br>3017 W. Charleston Blvd., #95<br>Las Vegas, Nevada 89102 |
| *Attorneys for Defendant Comcast Cable Communications Management, LLC* | *Attorney for Plaintiff Ahdieh Olang* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-2-2019