1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Maria A. Gall, Esq.
   Nevada Bar No. 14200
3  Kyle A. Ewing, Esq.
   Nevada Bar No. 14051
4  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
5  Las Vegas, Nevada 89135-2958
   Telephone: 702.471.7000
6  Facsimile: 702.471.7070
   tasca@ballardspahr.com
7  gallm@ballardspahr.com
   ewingk@ballardspahr.com
8
   *Attorneys for Defendant Comcast Cable*
9  *Communications Management, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AHDIEH OLANG,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Foreign Limited Liability Company,<br><br>Defendant. | CASE NO. 2:18-cv-02368-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

This Stipulation is entered into by and between Plaintiff Ahdieh Olang and Defendant Comcast Cable Communications Management, LLC:

WHEREAS, on December 13, 2018, Olang initiated this action by filing the Complaint (ECF No. 1);

WHEREAS, on December 18, 2018, Olang served the Summons and Complaint on Comcast through its registered agent; and

WHEREAS, Comcast's response to the Complaint is currently due on January 28, 2019, by an order of January 2, 2019 (ECF No. 5) granting the stipulation on Defendant's first request to extend time to file its answer.

IT IS HEREBY STIPULATED AND AGREED that the deadline for Comcast to

respond to the Complaint is extended and shall now be February 8, 2019.

The Parties enter into this Stipulation in good faith and to provide additional time for Comcast to investigate the basis for, and discuss a potential early resolution of, Plaintiff's claims against Comcast.

Dated: January 28, 2019

BALLARD SPAHR LLP

By: /s/ Maria A. Gall
    Joel E. Tasca, Esq.
    Nevada Bar No. 14124
    Maria A. Gall, Esq.
    Nevada Bar No. 14200
    Kyle A. Ewing, Esq.
    Nevada Bar No. 14051
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135-2958

*Attorneys for Defendant Comcast Cable Communications Management, LLC*

MITCHELL D. GLINER, ESQ.

By: /s/ Mitchell Gliner
    Mitchell D. Gliner, Esq.
    Nevada Bar No. 003419
    3017 W. Charleston Blvd., #95
    Las Vegas, Nevada 89102

*Attorney for Plaintiff Ahdieh Olang*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-29-2019